# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY STEVESON,<br>a Washington citizen, | JUDGMENT IN A CIVIL CASE |
| PLAINTIFF | |
| | CASE NUMBER: C08-5558FDB |
| v. | |
| UNITED SUBCONTRACTORS, INC.,<br>a Utah corporation doing business<br>in the State of Washington, | |
| DEFENDANT | |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant United Subcontractors, Inc. Fed. R.Civ. P. 12(b)(6) Motion To Dismiss Complaint [Dkt. # 8] is GRANTED, and this cause of action is DISMISSED WITH PREJUDICE.

December 3, 2008                                             BRUCE RIFKIN
                                                                                  Clerk

                                                                          /s/  Pat LeFrois
                                                                  _____
                                                                                  Deputy Clerk